IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13cv15

SHELLY DANNIELLE DALTON,         )
                                 )
         Plaintiff,              )
                                 )
     vs.                         )    ORDER OF DISMISSAL
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
         Defendant.              )
_____)

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 10].

Plaintiff's counsel concedes in the motion that this matter cannot be further prosecuted in good faith. The Court will therefore dismiss the Plaintiff's Complaint without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 10] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: June 11, 2013

Martin Reidinger
United States District Judge